IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL POLICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-00712-E |
| | § | |
| NAVARRO COLLEGE and | § | |
| OFFICER DAVID ARNETT | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court are the following motions: (1) Defendant David Arnett's Motion to Dismiss Plaintiff's Original Complaint, (Doc. 12); and (2) Defendant Navarro College's Motion to Dismiss Plaintiff's Original Complaint, (Doc. 13). Having reviewed the motions, the responses and replies, and the applicable law, the Court hereby rules as follows: (1) Defendant David Arnett's Motion to Dismiss Plaintiff's Original Complaint, (Doc. 12), is **GRANTED IN PART AND DENIED IN PART**; and (2) Defendant Navarro College's Motion to Dismiss Plaintiff's Original Complaint, (Doc. 13), is **GRANTED.** An opinion containing the grounds for the Court's decision is forthcoming.

**SO ORDERED:** March 31, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE