IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL POLICE, § § Plaintiff, § § v. § § NAVARRO COLLEGE and § OFFICER DAVID ARNETT § § Defendant. § | Civil Action No. 3:22-CV-00712-E |

## ORDER STAYING CASE PENDING APPEAL

On March 31, 2023, the Court issued an Order, (Doc. 28), that: (1) granted in part and denied in part Defendant Officer David Arnett's ("Arnett") Motion to Dismiss Plaintiff's Original Complaint, (Doc. 12); and (2) granted in full Defendant Navarro College's Motion to Dismiss Plaintiff's Original Complaint, (Doc. 13). The Order stated that "[a]n opinion contain the grounds for the Court's decision is forthcoming." On May 10, 2023, the Court issued its memorandum opinion, (Doc. 33), explaining that Arnett's Motion to Dismiss was granted with respect to Plaintiff's state-law claims, but denied with respect to Plaintiff's claims under 42 U.S.C. § 1983 alleging that Arnett violated Plaintiff's Fourth Amendment rights to be free from unreasonable searches and seizures. Arnett has appealed the Court's decision to the United States Court of Appeals for the Fifth Circuit. (Doc. 31). Accordingly, the Court hereby **STAYS** this case pending the resolution of Arnett's appeal to the Fifth Circuit, Appeal No. 23-10419

**SO ORDERED:** May 11, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE