IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL POLICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-00712-E |
| | § | |
| NAVARRO COLLEGE and | § | |
| OFFICER DAVID ARNETT | § | |
| | § | |
| Defendant. | § | |

**AMENDED ORDER STAYING AND**
**ADMINISTRATIVELY CLOSING CASE PENDING APPEAL**

On March 31, 2023, the Court issued an Order, (Doc. 28), that: (1) granted in part and denied in part Defendant Officer David Arnett's ("Arnett") Motion to Dismiss Plaintiff's Original Complaint, (Doc. 12); and (2) granted in full Defendant Navarro College's Motion to Dismiss Plaintiff's Original Complaint, (Doc. 13). The Order stated that "[a]n opinion contain the grounds for the Court's decision is forthcoming." On May 10, 2023, the Court issued its memorandum opinion, (Doc. 33), explaining that Arnett's Motion to Dismiss was granted with respect to Plaintiff's state-law claims, but denied with respect to Plaintiff's claims under 42 U.S.C. § 1983 alleging that Arnett violated Plaintiff's Fourth Amendment rights to be free from unreasonable searches and seizures. Arnett has appealed the Court's decision to the United States Court of Appeals for the Fifth Circuit. (Doc. 31). Accordingly, the Court hereby **STAYS** this case pending the resolution of Arnett's appeal to the Fifth Circuit, Appeal No. 23-10419.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this Order shall be considered

a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered. The Court will reopen this case once the Appeal has been resolved.

**SO ORDERED:** May 12, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE